

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00272-CV

**WG&D MASONRY, LLC,**

**Appellant**

 **v.**

**LONG ISLAND'S FINEST HOMES, LLC,**

**Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 92757

## O R D E R

We referred this appeal to mediation on December 14, 2016.  Appellee timely filed

an objection to the order of referral to mediation.

Appellee's objection is sustained.  The Order of Referral to Mediation issued

December 14, 2016 is withdrawn.  The suspension of the appeal and all appellate

deadlines is lifted as of the date of this order.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed January 11, 2017

